≪JS 45  (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____     **Category No.** II    **Investigating Agency** FBI

**City** Burlington    **Related Case Information:**
**County** Middlesex

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number  23-MJ-6361-MPK
Search Warrant Case Number   23-MJ-6582, 24-MJ-6583, 23-MJ-6584
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____     ☐ Yes ☑ No

**Defendant Information:**

**Defendant Name** Stephen James Lemelin    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____

**Address:** _____

**Birth date (Yr only):** 1978    **SSN (last 4#):** _____    **Sex:** Male    **Race** _____    **Nationality:** _____

**Defense Counsel if known:** Anthony R. Riccio    **Address:** 1147 Hancock Street Suite 212

**Bar Number:** _____    Quincy, MA 02169

**U.S. Attorney Information**

**AUSA:** David Tobin    **Bar Number if applicable:** 552558

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:** On Pre-Trial Release

**Arrest Date:** May 15, 2024

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release:    Ordered by: Magistrate Judge M. Page Kelley    on May 15, 2024

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 6/5/2024    **Signature of AUSA:** /s/ David G. Tobin

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Stephen James Lemelin

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252A(a)(5)(B) AND (b)(2) | Possession of child pornography | 1 |
| Set 2 | 18 U.S.C. § 1470 | Attempt to transfer obscene material to a minor under the age of 16 | 2 and 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013