Kelly Lemelin
Burlington MA 01803

March 15, 2026

The Honorable Patti B. Saris
U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston MA, 02210

Wife's Character letter for Stephen Lemeliln / Case 1:24-cr-10164

Dear Honorable Judge Saris,

Thank you for taking the time to read my letter. My name is Kelly Lemeiln, Stephen is my husband. We met at work in 2004 and became good friends before dating. We married in 2009. I found Stephen to be funny, kind, helpful, intelligent, good at his job, interesting, and I really liked that he was friends with all different kinds of people such as musicians, softball friends, old high school and college friends, work friends, wrestling friends, and family friends. Stephen is a family man, and I enjoyed seeing him play with his nieces and nephews and interact with his parents, cousins, and brothers. He is respectful to others and is the kind of person who runs towards threats to help, not away. He would've made a good soldier or police officer. I witnessed him do this at a mall when there was an emergency and we saw security guards running towards something. He began to run to help and I stopped him from going, that is the kind of person he is. He is a protector and devoted father to our son       : and has been my best friend for 22 years.

I'm a good judge of his character not because I'm his wife, because I come from a long line of strong women. My Grandmother who chased down a robber amid WW2, a cousin who was the youngest female to make Sergeant for the Newton Police dept., my mother who left her husband without hesitation the first time she was pushed and hit, and many other women in my bloodline who are bold and stand up for what's right. I am one of them. As a child I delt with bullies. Always being the new kid made me and my sister a target. I protected my sister from bullies and as an adult I stepped in when someone wanted to hurt her. I worked as soon as I was old enough through high school and college and paid my own way through college. I'm not a weak woman and even disabled, I would never stand for a man that could hurt a child. It's not in Stephen's character, he is quite the opposite, and is kind, respectful, reliable, and honest. Stephen is a family man who loved and visited his parents often, a silly uncle, and always there when his younger brother needed advice, or when his older brother needed something.

Stephen is the kind of dad that changed gross diapers, woke up to feed the baby, actively participated in IEP meetings, behavioral session, therapy sessions, music lessons, past

soccer games, baseball games, wrestling, swimming lessons, trampoline parks, and so much more. He helped coach      .      is neurodivergent and Stephen helped    be included.  Steve is unable to do that now and its negatively affected     ability to do activities and sports.

Stephen is the kind of man who worked 3 years in a bad working environment to provide for his family. When      was young, I brought him to visit his dad at work and was shocked. There were no windows and just stagnant smelly air mixing bathroom smells with perfume and food. It was hot and the cubicles were packed very tightly in a small space.  It was disgusting.

Stephen dedicated 25 years of his life to coaching high school wrestling in his hometown where he had wrestled. Stephen helped many high schoolers build confidence and resilience, win titles, and go onto college wrestling. He was very proud of his team and dreamt of coaching his son     . The crime he is convicted of is not like him at all. He has helped kids, not hurt them. Most people who are convicted of such a horrible crime have multiple victims who come forward and things on their computer.  Stephen has none of that and has **no victims**. Stephen's life and reputation is forever ruined, and he can no longer coach. Before Stephen got a chance to speak with anyone, newspapers printed the worst from things in the affidavit and even things he wasn't charged with and made it look like coaching was involved. Stephen is very embarrassed and is shunned by the community, friends and family. He feels stupid and is so sorry for how this is affecting us and how it will impact his ability to work to support his family, but especially how it will make his son's life difficult who is only 11 years old.

Stephen has been a very dedicated father and husband. I believe a set of bad things one after another made him feel overwhelmed, hopeless, and alone. He lost his job and couldn't find another, 2019 devastatingly his mother died, covid homeschooling, sister-in law moved in, I became disabled,  increase in parenting and household chores errands and driving, debt growing, music creating setbacks, best friend getting cancer, reflection on turning 50, ADHD brain, hip and back pain, med & marijuana use, loosing vision, and more. He needed an escape. Stephen is humiliated and wants family therapy. The Past two years has been a big punishment for us already.  I earnestly implore you to consider Stephen's sentence based on who he really is and how there are no victims, none coming forward, and none in the future, and how this conviction is a life changing & limiting punishment on its own.

Thank you,

Kelly Lemelin

Rhea Marie Phelan

February 13th, 2026

The Honorable Patti B. Saris
U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston MA, 02210

Re: Character Reference for Stephen James Lemeliln
Case #: 1:24-cr-10164

Dear Honorable Judge Saris,

My name is Rhea Marie Phelan. I am Stephen Lemelin's mother-in-law, the mother of his wife Kelly Lemelin. I am writing to provide a character reference for Stephen. I've known Stephen for approximately 21 years. I've had lots of time to see Stephens positive impact on those around him during holidays, luncheons, visits, outings, vacations, day trips, birthday parties, sporting events, and more. He is kind, has a sense of humor, dogs and kids love him, he is respectful, appropriate, and willing to help others in need. He has even helped me move a couple times and allowed his wife's sister to move into their home.

I was appalled to hear of the crime for which Stephen is convicted. It's completely out of his character. I have personal long-time knowledge of who Stephen is and he has not shown inappropriate behavior around any of my grandchildren. I don't believe any of it, other than Steve probably was looking for something to do and tried a website he shouldn't have been on in the first place.

Stephen has been a solid foundation for his family despite facing personal challenges with losing his job, the death of his beloved mother, Kelly becoming disabled, and the behavioral challenges of his only son. Stephen is a great Father to my grandson 11, who loves him very much and it would really wreak havoc without his father in his life for any length of time. One reason is because        has severe ADHD. Before the charges and restrictions put on Stephen, he used to go to        's sporting, music, and school events and was very involved in        life. Without the help of Stephen to coach or liaison with the coaches,        has decreased his activity and interest in sports.

Other activities like trampoline parks, birthday parties, museums, amusement parks and so much more are also out of the question. Stephen is a loving father and plans his son's birthday parties yearly as well as helping         with homework, music, advice, and bedtime stories. It's hard for him to not have alone father/son time together.

My daughter, Kelly Lemelin became disabled around 2022 and depends on Stephen for help with         and things around the house.

Based on my observations over the past 21 years, I believe Stephen Lemelin made a one-time mistake that is not reflective of his true character. Stephen, Kelly, and         are punished daily by the restrictions Steve has faced the last 2 years and for years to come. I'm pleading for leniency because it would have a lasting effect on his son's development who is at a critical age where he needs his father, and his wife Kelly who is already struggling. I am confident that Stephen will continue to be a productive member of society and is of no harm to the youth.

I respectfully request that the court consider this character reference in your deliberations.


Sincerely,

Rhea Marie Phelan

# CHARACTER REFERENCE LETTER FOR COURT

Patrick Lemelin

March 17, 2026

You Honor,

My name is Patrick Lemelin, and I am writing to offer a character reference for Stephen Lemelin, whom I have had the privilege of knowing for 52 years as his Brother. I am compelled to share my observations of his character based on our extensive interactions.

Throughout the years I have known Stephen, he has consistently exhibited a character of integrity through his actions and contributions. A notable instance was Stephen's commitment to Helping being a role model to my children and his wrestlers., which underscored his supportiveness. As a result of Stephen's commendable effort, Stephen has always been a good uncle to my 2 children. He has always shown impeccable ethics and morals as well as help teach them what being a good human being is. He continued this with his wrestlers as well as teaching them that doing the right thing is not always easy..

Unfortunately, Stephen has recently encountered a significant challenge arising from having to be the primary parent for his son as well as caring for his sick wife. This has undoubtedly placed a strain on his emotional well-being and daily life. Recognizing the difficulties she faces, Stephen took decisive action as his wife has illnesses that daily and frequently through the day prevent her from being able to cook, clean, care for and be their for their son. Stephen has had to pick up that slack and more. This has prevented him from the ability to lead a normal life as well as inhibiting him from normal interactions with friends and family. Demonstrating his proactiveness in overcoming challenging circumstances.

In conclusion, while acknowledging the seriousness of Stephen Lemelin's offense, I respectfully request that the court consider his longstanding positive character and the atypical factors that led to this lapse in judgment. It's vital to contemplate how the sentence could further affect Stephen and result in Stephen's son    being the one majorly impacted and the emotional strain that would arise from Stephen not being present in his life. Not to mention the harassment and ridicule he will receive from children in the community. He already sees it where parents do not want him playing with their children.. With Stephen expressing remorse and taking concrete actions toward rehabilitation, I am confident in his ability to learn from this incident and continue contributing positively to society.

Should you require any further information or wish to discuss this matter in more detail, please do not hesitate to contact me.

Sincerely,

Patrick Lemelin

March 18, 2026

The Honorable Patti B. Saris
U.S. District Court Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston MA, 02210

Character letter for Stephen Lemeliln
Case: 1:24-cr-10164

Your Honor,

I am Amanda Fahey, Kelly Lemelin's sister, Stephen Lemelin's sister-in law. I've known Stephen since they were dating and liked him right away. I though he was funny and treated my sister very well.

There was a time when I was going through a rough time and they took me in and I got to see what a great dad he was and a good husband. He was always home with his family, and I realized how close they are and I was happy to be a part of it.

When I found out about what was going on I was completely shocked because that's not him. I can never see him harming a child.

If Stephen has to go away I think it will harm      especially because he's getting to the age where he needs his father more than ever, and boy does that kid love his Dad!

My sister is sick and it's going to put a lot more strain on her and      ; life and already has. There are days where my sister is too week to do things. She needs her partner in life.

His Son already doesn't understand why his Dad can't take him places for Father/Son time. They can't even ride a bike down the street or throw a ball at a park. If his father goes away it will be worse.

I know the crime is serious. I just want you to know I've known Stephen for a long time and he is not a harmful person.

Thank you for taking the time to read this. I really needed to say something.

Thank you,

Amanda Fahey

March 18, 2026

To Whom it May Concern,

I am writing this character letter in support of and on behalf of Steve Lemelin. I have know Steve since 1991 when we met in high school while both wrestling for different schools. We wrestled together in the off season and got to know each other well enough to become friends. We eventually ended up as teammates in college while wrestling at UMASS at Lowell and we also became roommates sharing an apartment with another teammate and friend of ours.

I got to know Steve very well while living together and competing together and have never seen anything in his actions that would give me concern in any way in regard to the charges before him. After college, Steve and I both worked at Yellow Book USA where we both met his now wife Kelly. I got to see the beginnings of their relationship and spent quite a bit of time with them. I cannot imagine the events that led to this situation, but I can tell you that Steve has spent time with my children and I and at no time have any of us ever felt uncomfortable or had any concerns about Steve or his behaviors.

It is easy for us to read headlines or to see a news story that may not present all of the facts of a case as they are and jump to judgement. I refuse to do that in this situation and can tell you that Steve Lemelin is a good man, a good husband, a good father, and a good friend.

Sincerely,

Jason Bazemore